SO ORDERED: January 22, 2018.

*James M. Carr*
James M. Carr
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| STEVEN SMITH | ) CASE NO. 17-03852-JMC-13 |
| TRACY SMITH | ) |
| | ) |
| DEBTOR(S) | ) |

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM #14(DOC. #40)**

This matter came before the Court on Trustee's Objection to Claim #14(Doc. #40) filed on December 7, 2017,

And the Court, after noting that no responses have been filed (or having received withdrawal of any submitted response), or the claim to which the trustee has objected has been withdrawn or amended, now finds that said Objection appears proper in all respects and, accordingly, the court now ORDERS that the claim to which the Trustee objected shall be treated as described in the attached list.

###

| Claimant | Claim # | Disallowed | The claim will not be paid by the Trustee | Other |
|---|---|---|---|---|
| LVNV Funding, LLC | 14 | X | | |

*If claim is disallowed, modified by order, was withdrawn, or is modified as proposed in the Omnibus Objection, place an "X" in the appropriate box.

**If described in a separately filed pleading, give docket number of that pleading here; if modification resulted from informal negotiations with the creditor, describe agreed-upon treatment of claim here.