**SO ORDERED: April 18, 2018.**

**James M. Carr**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

|  |  |  |
|---|---|---|
| IN RE: Steven & Tracy Smith | ) | CASE NO.:  17-03852-JMC-13 |
|  | ) |  |
| Debtor(s) | ) | CHAPTER   13 |
|  | ) |  |

**ORDER GRANTING MOTION TO INCUR DEBT**

Come(s) now the debtor(s), Steven & Tracy Smith, and having filed with this Court their Motion to Incur Debt, which Motion reads in words and figures as follows, to wit:

(1) Debtors wish to obtain a mortgage to purchase a home;
(2) The mortgage would be with NVR Mortgage Finance, Inc. in the approximate amount of $193,575;
(3) The fixed interest rate would be approximately 5% and the monthly mortgage payment, including principal & interest, mortgage insurance, homeowners insurance and property taxes, would be approximately $1,241 for 30 years.

And the Court having seen and examined said Motion and being duly advised in the premises thereof, now HEREBY ORDERS, ADJUDGES AND DECREES that the Motion of the debtor(s) is granted.

### ###