UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE:  Steven & Tracy Smith | ) | CASE NO:   17-03852-JMC-13 |
| | ) | |
| Debtor(s) | ) | CHAPTER  13 |

## MOTION TO INCUR DEBT

Come(s) now debtor(s) Steven & Tracy Smith, by counsel, and in their motion would show this Honorable Court that:

(1) Debtors wish to obtain a mortgage to refinance the primary mortgage on their home;
(2) The mortgage would be with Freedom Mortgage in the approximate amount of $190,398;
(3) The fixed interest rate would be approximately 2.75% and the monthly mortgage payment, including principal & interest, homeowners insurance and property taxes, would be approximately $941 for 30 years.

WHEREFORE, debtor(s) request(s) that the Court grant them permission to incur debt.

Respectfully Submitted,

Date: 7/6/2020

/s/ Michelle R. Wethington
Counsel for Debtor(s)
Michelle R. Wethington
Wethington Law Office
6905 S. Emerson Avenue, Suite C
Indianapolis, IN  46237
Telephone: (317) 781-8888
Facsimile: (317) 781-8858
Email: courtmail@wethingtonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 7/6/2020, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Ann M. DeLaney                                             U.S. Trustee
ECFdelaney@trustee13.com                      ustregion10.in.ecf@usdoj.gov

I further certify that on 7/6/2020, a copy of the foregoing Motion was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Steven & Tracy Smith
404 Dietz Dr.
Greenwood, IN 46143

/s/ *Michelle R. Wethington*
Counsel for Debtor(s)