**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**

IN RE: Steven & Tracy Smith                )
                                           )
                                           )
                                           )   CASE NO.: 17-03852-JMC-13
                                           )
                                           )
            Debtor(s)                      )

### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

The Debtor(s), by counsel, hereby move(s) the Court for entry of discharge. The required certification(s) accompany/accompanies this motion.

June 22, 2022                 /s/ *Michelle R. Wethington*
                              Michelle R. Wethington
                              Wethington Law Office
                              6905 S. Emerson Ave., Suite C
                              Indianapolis, IN  46237
                              Telephone: (317) 781-8888
                              Facsimile: (317) 781-8858
                              Email: courtmail@wethingtonlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on May June 22, 2022, a copy of the foregoing Motion for Entry of Discharge was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System. Party/parties may access this filing through the Court's system.

Ann M. DeLaney                                    U.S. Trustee
anndelaney341@trustee13.com                       ustregion10.in.ecf@usdoj.gov

I further certify that on June 22, 2022, a copy of the foregoing Motion for Entry of Discharge was mailed by first-class U.S. Mail, postage prepaid and properly addressed, to the following:

Steven & Tracy Smith
256 Caplinger Place
Greenwood, IN 46143

                              /s/ *Michelle R. Wethington*
                              Counsel for Debtor(s)