# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| IN RE: Steven & Tracy Smith | ) | CASE NO.: 17-03852-JMC-13 |
| Debtor | ) | |
| | ) | CHAPTER: 13 |

## NOTICE TO HOLDER OF DOMESTIC SUPPORT OBLIGATION OF OBJECTION DEADLINE

The debtor(s) has/have filed a Motion for Entry of Chapter 13 Discharge and a Certification of Eligibility for Chapter 13 Discharge. The Certification asserts that the debtor(s) is/are current on any Domestic Support Obligation owed to you.

NOTICE: **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

If you disagree with the Debtor's statements about the existing support obligation, then on or before 07/13/2022 (**21 days** from the date of service), you or your attorney must file with the court a written objection explaining your position.

Those not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

   116 U.S. Courthouse
   46 E. Ohio St.
   Indianapolis, IN 46204

If you mail your objection to the court, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy of your objection to:

   Michelle R. Wethington, Esq.
   6905 S. Emerson Avenue, Suite C
   Indianapolis, IN 46237

If you or your attorney do not take these steps, the court may decide that you agree with the Debtor's statements about the support obligation, and may enter an order granting the Debtor a discharge.

Respectfully Submitted,

Dated: **6/22/2022**

/s/ *Michelle R. Wethington*
Michelle R. Wethington
Wethington Law Office
6905 S. Emerson Avenue, Suite C
Indianapolis, IN 46237
Telephone: (317) 781-8888
Facsimile: (317) 781-8858
Email: courtmail@wethingtonlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2022, a copy of the foregoing Motion and Notice of Objection Deadline was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Amanda Persons
86 HC 61
Lenapah, OK 74042

  A copy was also delivered to the U.S. Trustee & appointed Trustee electronically through the Court's Electronic Case Filing System.

Dated:  **6/22/2022**           */s/ Michelle R. Wethington*