UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

IN RE: Steven & Tracy Smith            )
                                       )
                                       )    CASE NO.: 17-03852-JMC-13
                                       )
                                       )
              Debtor(s)                )

## CERTIFICATION OF ELIGIBILITY FOR CHAPTER 13 DISCHARGE

I, the debtor, certify that I am eligible for discharge under all applicable Bankruptcy laws and rules, and further certify that:

1. I have completed, after the filing of this case, the Personal Financial Management course required by 11 U.S.C. §1328(g)(1) and have filed the requisite certification (Official Form 23).

2. Pursuant to 11 U.S.C. §1328(f), I have not received a discharge in a case filed under Chapter 7, 11, or 12 in the four-year period preceding the date of the order for relief under this Chapter, and have not received a discharge in a case filed under Chapter 13 in the two-year period preceding the date of such order.

3. If I have claimed a homestead exemption in excess of $125,000, there is no proceeding pending in which I may be found guilty of a felony as described in 11 U.S.C. §522(q)(1)(A) and I am not liable for a debt of the kind described in 11 U.S.C. §522(q)(1)(B).

4. Pursuant to 11 U.S.C. §1328(a), if I have a Domestic Support Obligation, all amounts payable under any judicial or administrative order or by statute for domestic support obligations that were due on or before the date upon which this certification was signed, including all payments due under the plan for amounts due before the petition was filed, have been paid.  The name and address of each holder of a Domestic

Support Obligation is as follows:
**NONE**

(**Only a debtor reporting a Domestic Support Obligation is required to complete paragraphs 5 through 7.**)

5. My most recent/current address is:
**NONE**

6. The name and address of my most recent/current employer or income source is: **NONE**

7. The name and address of each creditor holding a claim against me that is not dischargeable under 11 U.S.C. §523(a)(2) or (a)(4), or a claim that was reaffirmed under 11 U.S.C. §524(c), is as follows: **NONE**

I certify under the penalty or perjury that the foregoing is true and correct to the best of my information and belief.

Date: 06/18/2022          Debtor: /s/ Tracy Lynn Smith